# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 10-5284

September Term 2011

1:07-cv-01756-RCL

**Filed On:** January 30, 2012

Sierra Club, et al.,

        Appellees

    v.

Robert L. Van Antwerp, Lieutenant General,
U.S. Army Corp of Engineers, et al.,

        Appellees

Sierra Properties I, LLC, et al.,

        Appellants

------------------------------

Consolidated with 10-5297, 10-5345

**BEFORE:** Garland and Kavanaugh, Circuit Judges, and Williams, Senior Circuit Judge

# O R D E R

Upon consideration of the government's petition for limited rehearing and the response thereto, it is

**ORDERED** that the petition be granted. It is

**FURTHER ORDERED** that the opinion issued November 29, 2011, be amended as follows:

(1) Slip Op., page 13, line 9, insert the following sentence before the sentence beginning with the words "After issuing": "The regulations create an exception to that obligation where, as a result of informal consultation, the "Federal agency determines, with the written concurrence of the Director [of the Fish and Wildlife Service], that the proposed action is not likely to adversely affect any listed species or critical habitat." *Id*. at § 402.14(b)."; and

(2) Slip Op., page 13, last paragraph, line 2, delete the words "It requires" and insert in lieu thereof, "Subject to the exception noted above, it requires".

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Jennifer M. Clark
Deputy Clerk